IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 08-cv-01554-RPM

L & D FARMS, LLC,

        Plaintiff,

v.

MILTON DAILEY, individually and d/b/a
RANCH AND RESORT REAL ESTATE and
RANCH AND RESORT TELEVISION LLC,

        Defendants.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE AND FOR DISMISSAL
_____

        Pursuant to the Voluntary Dismissal without Prejudice [4], filed on March 10, 2009, it is

        ORDERED that the Order to Show Cause entered by this Court on March 3, 2009, is vacated and it is

        FURTHER ORDERED that plaintiff's claims against Milton Dailey individually and d/b/a Ranch and Resort Real Estate and Ranch and Resort Television LLC are dismissed without prejudice.

        DATED: March 11th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge